**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02992-CMA-MJW

PHEBE LASSITER,

      Plaintiff,

v.

INTEGRITY SOLUTION SERVICES, INC., a Missouri corporation,
f/k/a Pinnacle Financial Group Incorporated, a Minnesota corporation,

      Defendant.

---

**ORDER TO CORRECT NAME OF DEFENDANT AND AMEND CAPTION**

---

Plaintiff's Unopposed Motion to Correct the Name of the Defendant and the Case Caption (Doc. # 33) is GRANTED.  It is hereby

ORDERED that the name of the Defendant in this case is changed to "Integrity Solution Services, Inc., a Missouri corporation, f/k/a Pinnacle Financial Group, Incorporated, a Minnesota corporation.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the correct name of the Defendant in this case, as set forth in the above caption.

DATED:  May   16  , 2013

                                            BY THE COURT:

                                            *[signature]*

                                            CHRISTINE M. ARGUELLO
                                            United States District Judge