**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02992-CMA-MJW

PHEBE LASSITER,

    Plaintiff,

v.

INTEGRITY SOLUTION SERVICES, INC., a Missouri corporation,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Commencing on April 14, 2014, this action was tried before a jury of six duly sworn to try the issues herein with U.S. District Judge Christine M. Arguello, presiding. On April 14, 2014, the jury rendered its verdict, finding that the Plaintiff failed to prove that the Defendant violated the Fair Debt Collection Practices Act as alleged in Claims One through Five. Accordingly,

    IT IS ORDERED that judgment is entered in favor of the Defendant Integrity Solution Services, Inc., and against Plaintiff Phebe Lassiter, It is

    FURTHER ORDERED that defendant is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 549d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 17th day of April, 2014.

                                                          FOR THE COURT:
                                                          JEFFREY P. COLWELL, CLERK

By: s/ Sandra Hartmann

Sandra Hartmann
Deputy Clerk

APPROVED BY THE COURT:

*[signature: Christine M. Arguello]*

United States District Judge